# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| **CURTIS TYRONE MITCHELL,** | : | CIVIL ACTION NUMBER |
| Plaintiff, | : | 1:04-CV-144(WLS) |
| VS. | : | |
| **RICKY HANES,** | : | |
| Defendant. | : | |

## J U D G M E N T

Pursuant to this Court's Order filed September 11, 2006, and for the reasons stated therein, Defendant's Motion for Summary Judgment is GRANTED; Judgment is entered accordingly.

This 12th day of September, 2006.

                                                                   GREGORY J. LEONARD, CLERK

                                                                   BY:s/Brenda J. Littleton
                                                                   Deputy Clerk